JS-6/ENTERED

FILED
MAY 12 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AKIL BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>MR. MCDONALD, WARDEN,<br><br>    Respondent. | Case No.  EDCV 10-0543-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: May 11, 2010

_____
Cormac J. Carney
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY